JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ORACIO REYES,<br><br>Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON, Warden,<br><br>Respondent. | Case No. CV 09-3722-ODW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 9, 2010

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE